FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT - 4 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 4:18-CR-00534 DPM |
| | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| | ) | |
| BENNY DON TAYLOR | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about August 24, 2017 through on or about August 27, 2017, in the Eastern District of Arkansas, the defendant,

BENNY DON TAYLOR,

using facilities and means of interstate commerce, did knowingly attempt to persuade, induce, entice and coerce an individual, C.S., who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely a criminal offense under Arkansas law, Internet stalking of a child, in violation of A.C.A. § 5-27-306.

All in violation of Title 18, United States Code, Section 2422(b).

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)