**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:18CR00534 DPM |
| | ) | |
| BENNY DON TAYLOR | ) | |

## MOTION TO CONTINUE

Taylor, through his attorneys, J. Blake Hendrix and Annie Depper of Fuqua Campbell, P.A., moves this Court, pursuant to 18 U.S.C.§ 3161(h)(8)(B), to enter an order continuing his trial.

1. Taylor is charged with one count of enticement in violation of 18 U.S.C. §2422(b). The case is currently set for trial on November 26, 2018.

2. Title 18, United States Code, section 3161(h)(8)(B) controls the decision of whether or not to grant a continuance. The factors the court may consider include 1) whether the failure to grant a continuance would result in a miscarriage of justice; 2) whether the case presents unusual or complex circumstances that it would be unreasonable to expect adequate preparation in the time originally allotted; and, 3) in a case that is not unusual or complex, whether the failure to grant a continuance would unreasonably deny the defendant continuity of counsel or a reasonable time for effective preparation, taking into account the exercise of due diligence.

3. A continuance is necessary so that the parties can engage in discovery and the defense given a meaningful opportunity to prepare a defense.

4. I have contacted the Assistant United States Attorney assigned to this case who has authorized me to state that she has no objection to this request.

5. Taylor asserts that the public interest in a speedy trial, as well as his interest in a speedy trial, are outweighed by Taylor's need for adequate preparation time. He asserts that the ends of justice will best be served by granting a continuance.

WHEREFORE, the defendant, Benny Don Taylor, requests that the court grant a continuance of his trial.

Respectfully submitted by,

/s/J. Blake Hendrix_____
Arkansas Bar No. 86066
FUQUA CAMPBELL, P.A.
Riviera Tower
3700 Cantrell Road, Ste. 205
Little Rock, AR 72202
(501) 376-0679
bhendrix@fc-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which shall send notification of such filing to all counsel of record.

/s/J. Blake Hendrix_____
Arkansas Bar No. 86066
FUQUA CAMPBELL, P.A.
Riviera Tower
3700 Cantrell Road, Ste. 205
Little Rock, AR 72202
(501) 376-0679
bhendrix@fc-lawyers.com