IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 4:18-CR-00534-DPM |
| ) | |
| BENNY TAYLOR ) | |

## JOINT MOTION TO CONTINUE TRIAL

This case is currently set for trial on September 23, 2019.

The parties jointly move for a continuance of trial for at least six months on the grounds that the parties need to complete discovery, including reciprocal discovery of anticipated expert testimony, and for the purpose of pursuing a possible compromise of the charge.

The parties further request that the intervening period of delay be excluded purposes of the Speedy Trial computation in the interest of justice.

THEREFORE, for the foregoing reasons, the United States, on behalf of both parties, respectfully requests that the Motion to Continue be granted and that the time be excluded for purposes for the Speedy Trial Act.

Respectfully submitted,

CODY HILAND
UNITED STATES ATTORNEY

By:  ANGELA S. JEGLEY
Bar No. 79100
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Angela.Jegley@usdoj.gov