# EXHIBIT 1

# UNDER SEAL