**Gmail**　　　　　　　　　　　　　　　　　　　Connor Shaw <squadconnor03@gmail.com>

## Suck
12 messages

**Connor Shaw** <squadconnor03@gmail.com>　　　　　　　　　Thu, Aug 24, 2017 at 1:11 PM
To: cqsdv-6278158628@pers.craigslist.org

> im 15 an skinny kinda athletic. im gay but not out yet an no one even knows so gotta be chill. i wanna suck u but wanna get sucked to. free after school so u gotta pick me up.

**craigslist 6278158628** <cqsdv-6278158628@pers.craigslist.org>　　　Thu, Aug 24, 2017 at 1:20 PM
To: db83dac7c2a133a1891119f751da356a@reply.craigslist.org

> Thanks, I am very interested. I must be totally discreet too. As we continue to get to know each other, NO ONE must ever that we are sucking each others cock.
>
> Please tell me more about yourself..... every thing we share must remain between us only.
>
> Also, from this point on, we must trust each other totally, no sharing of our names or pictures with NO ONE.
>
> I am Ben, what is your name?
>
> Thanks, look forward to meeting you soon.
>
> Quoting Connor Shaw <db83dac7c2a133a1891119f751da356a@reply.craigslist.org>:
>
>> [Quoted text hidden]
>> ----------------------------------------------------------------
>> Original craigslist post:
>> https://littlerock.craigslist.org/cas/6278158628.html
>> About craigslist mail:
>> https://craigslist.org/about/help/email-relay
>> Please flag unwanted messages (spam, scam, other):
>> https://craigslist.org/mf/e83f665acee3659c2475406d96e64b090eb30dbf.770
>> ----------------------------------------------------------------
>
> ----------------------------------------------------------------
> Original craigslist post:
> https://littlerock.craigslist.org/cas/6278158628.html
> About craigslist mail:
> https://craigslist.org/about/help/email-relay
> Please flag unwanted messages (spam, scam, other):
> https://craigslist.org/mf/09b504b3c286536ccacf4c4985cea19fc00d9192.1
> ----------------------------------------------------------------

GOVERNMENT EXHIBIT 2

**Connor Shaw** <squadconnor03@gmail.com>  
To: craigslist 6278158628 <cqsdv-6278158628@pers.craigslist.org>

Thu, Aug 24, 2017 at 1:27 PM

im Connor. i don't talk about this stuff with no one an I won't share nothing ever. i live in Conway wit my mom. I'm in 9th grade n live over by the school. Do u do this lots cuz I never met no one from online. kinda nervous. lol

[Quoted text hidden]

**craigslist 6278158628** <cqsdv-6278158628@pers.craigslist.org>  
To: db83dac7c2a133a1891119f751da356a@reply.craigslist.org

Thu, Aug 24, 2017 at 1:51 PM

Thanks Connor, I can assure that pur friendship will be very private and very discreet.

I can always pick you after school and get back in the time you require.

I do not do this often, beacuse I have to be so, so carful.

Can I see yuor picture?   I will never share it with anyone..... our secret.

Quoting Connor Shaw <db83dac7c2a133a1891119f751da356a@reply.craigslist.org>:

> [Quoted text hidden]
> https://craigslist.org/mf/65c50a0c9a6398bc6e774fbe872249a21d857d72.798

---

Original craigslist post:  
https://littlerock.craigslist.org/cas/6278158628.html  
About craigslist mail:  
https://craigslist.org/about/help/email-relay  
Please flag unwanted messages (spam, scam, other):  
https://craigslist.org/mf/417464eb2c030c7f00c44149b22d74bc7d7fece6.1

---

**Connor Shaw** <squadconnor03@gmail.com>  
To: craigslist 6278158628 <cqsdv-6278158628@pers.craigslist.org>

Thu, Aug 24, 2017 at 1:56 PM

ok. can I see a pic of u 2? I can get free after school but not until like 5 cuz I gotta watch my sister. I jus gotta be home before 9 during the week. are u in Conway? do u wanna do other stuff or jus suck each other.

[Quoted text hidden]

**IMG_4185.PNG**  
132K



**Connor Shaw** <squadconnor03@gmail.com>  Thu, Aug 24, 2017 at 2:20 PM
To: craigslist 6278158628 <cqsdv-6278158628@pers.craigslist.org>

Text me if u wanna. It's easier 4 me at school.
5014825048.
[Quoted text hidden]

---

**craigslist 6278158628** <cqsdv-6278158628@pers.craigslist.org>  Thu, Aug 24, 2017 at 2:30 PM
To: db83dac7c2a133a1891119f751da356a@reply.craigslist.org

Let's text and share our pictures. I am wanting to suck your cock and you suck mine at first. Then, after we get to know each other ally well, I will want to fuck you if will let me.

> Quoting Connor Shaw <db83dac7c2a133a1891119f751da356a@reply.craigslist.org>:
>
> > Text me if u wanna. It's easier 4 me at school.
> > 5014825048.
> >
> > On Thursday, August 24, 2017, Connor Shaw <db83dac7c2a133a1891119f751da356a@reply.craigslist.org> wrote:
> >
> > > ok. can I see a pic of u 2? I can get free after school but not until like 5 cuz I gotta watch my sister. I jus gotta be home before 9 during the week. are u in Conway? do u wanna do other stuff or jus suck each other.
> > >
> > > On Thursday, August 24, 2017, craigslist 6278158628 <
> > > cqsdv-6278158628@pers.craigslist.org
> > > < javascript:_e(%7B%7D,'cvml','cqsdv-6278158628@pers.craigslist.org');>>
> > > [Quoted text hidden]
> > [Quoted text hidden]
> > https://craigslist.org/mf/ea4831e4b94f4f4290b145c5aec4dd8eec5daca0.1296
> > ---------------------------------------------------------------

---

Original craigslist post:
https://littlerock.craigslist.org/cas/6278158628.html
About craigslist mail:

https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/5cd1c627cff60e599dfc49a88a6509eb92d7d90c.1

---

**craigslist 6278158628** <cqsdv-6278158628@pers.craigslist.org>      Thu, Aug 24, 2017 at 2:32 PM
To: db83dac7c2a133a1891119f751da356a@reply.craigslist.org

I will not be free until this week end, but can pick you up next Monday after school.

Quoting Connor Shaw <db83dac7c2a133a1891119f751da356a@reply.craigslist.org>:

> [Quoted text hidden]
> https://craigslist.org/mf/624f9924390e88a6ac6d48c6adb99c01cbe0ccf6.488

---

Original craigslist post:
https://littlerock.craigslist.org/cas/6278158628.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/baf8cfaf8af1e7ad24e342a4811ef31bd7026758.1

---

**Connor Shaw** <squadconnor03@gmail.com>        Thu, Aug 24, 2017 at 2:33 PM
To: craigslist 6278158628 <cqsdv-6278158628@pers.craigslist.org>

Ok. I never had sex wit a guy so. when can u hookup?
[Quoted text hidden]

---

**Connor Shaw** <squadconnor03@gmail.com>        Thu, Aug 24, 2017 at 2:33 PM
To: craigslist 6278158628 <cqsdv-6278158628@pers.craigslist.org>

ok that wuld be cool.
[Quoted text hidden]

---

**Connor Shaw** <squadconnor03@gmail.com>        Thu, Aug 24, 2017 at 2:35 PM
To: craigslist 6278158628 <cqsdv-6278158628@pers.craigslist.org>

Text me ur number
[Quoted text hidden]

---

**craigslist 6278158628** <cqsdv-6278158628@pers.craigslist.org>      Thu, Aug 24, 2017 at 2:38 PM
To: db83dac7c2a133a1891119f751da356a@reply.craigslist.org

I just sent you a text.

Quoting Connor Shaw <db83dac7c2a133a1891119f751da356a@reply.craigslist.org>:

[Quoted text hidden]
  [Quoted text hidden]
    [Quoted text hidden]
      [Quoted text hidden]
        [Quoted text hidden]
          [Quoted text hidden]
            https://craigslist.org/mf/65c50a0c9a6398bc6e774fbe872249a21d857d72.798
            --------------------------------------------------
            -----------

---------
Original craigslist post:
https://littlerock.craigslist.org/cas/6278158628.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/417464eb2c030c7f00c44149b22d74bc7d7fece6.1
--------------------------------------------------
---------

---------------------------------------------------------------
Original craigslist post:
https://littlerock.craigslist.org/cas/6278158628.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/ea4831e4b94f4f4290b145c5aec4dd8eec5daca0.1296
---------------------------------------------------------------

---------------------------------------------------------------
Original craigslist post:
https://littlerock.craigslist.org/cas/6278158628.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/5cd1c627cff60e599dfc49a88a6509eb92d7d90c.1
---------------------------------------------------------------

---------------------------------------------------------------
Original craigslist post:
https://littlerock.craigslist.org/cas/6278158628.html

About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/172049f1775c0f5183714403bb14a7fbc8a8a009.107
------------------------------------------------------------

------------------------------------------------------------
Original craigslist post:
https://littlerock.craigslist.org/cas/6278158628.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/33afc2203e2f3236bdea474bbcd8f9b6eb27464d.1
------------------------------------------------------------