| | |
|---|---|
| 8/24/2017 19:37 | 8/24/2017 19:37 Hi Connor   it's Ben   Please text me your picture. |
| 8/24/2017 19:38 | 8/24/2017 19:38 https://api.textnow.me/media/?h=19f79f0ef6fd8a43acd177abc0a07afb1dfd51959ae9cdf7e3d86743fe0b8e78 |
| 8/24/2017 19:38 | 8/24/2017 19:38 Send me urs |
| 8/24/2017 19:40 | 8/24/2017 19:40 Hi |
| 8/24/2017 19:40 | 8/24/2017 19:40 Can I see a nude of you too ? |
| 8/24/2017 19:42 | 8/24/2017 19:42 https://api.textnow.me/media/?h=2c4c35df5f08bee59161829e08c0d1f60a88ba9015f1ef8538ef9596a0b1ca4c |
| 8/24/2017 19:42 | 8/24/2017 19:42 I can try an send 1 after school |
| 8/24/2017 19:42 | 8/24/2017 19:42 R u at work? Lol |
| 8/24/2017 19:45 | 8/24/2017 19:43 Yes. |
| 8/24/2017 19:45 | 8/24/2017 19:45 OMG don't get busted 😂 |
| 8/24/2017 19:47 | 8/24/2017 19:47 I wish u culd come get me today. i wanna try doing it wit a guy. Does it hurt? |
| 8/24/2017 19:48 | 8/24/2017 19:48 Monday is cool 2 |
| 8/24/2017 19:49 | 8/24/2017 19:49 Ok,  send me your nude body and cock pic too. |
| 8/24/2017 19:50 | 8/24/2017 19:50 Is it gonna hurt? |
| 8/24/2017 19:50 | 8/24/2017 19:50 Ok I will after school |
| 8/24/2017 19:51 | 8/24/2017 19:51 Can you take a pic showing your entire body and face?  WE Are going to have a lot of fun. |
| 8/24/2017 19:52 | 8/24/2017 19:52 I don't wanna send a bunch pics until I kno u cuz u culd be a scam or wutever n no one knows I'm gay |
| 8/24/2017 19:52 | 8/24/2017 19:52 I'll send u my dick pic after school tho |
| 8/24/2017 19:54 | 8/24/2017 19:54 I showed u my face |
| 8/24/2017 19:54 | 8/24/2017 19:54 Can I see urs |
| 8/24/2017 19:55 | 8/24/2017 19:55 Wuts it feel like in ur butt? |
| 8/24/2017 19:56 | 8/24/2017 19:56 U ther? |
| 8/24/2017 19:57 | 8/24/2017 19:57 It feels really good once I am inside your ass.  We will go slow. |
| 8/24/2017 19:57 | 8/24/2017 19:57 It hurt at first? |
| 8/24/2017 19:58 | 8/24/2017 19:58 Kinda nervous bout that 😂 😂 |
| 8/24/2017 19:59 | 8/24/2017 19:58 No,  just a little funny.   We will use a lube. |
| 8/24/2017 19:59 | 8/24/2017 19:59 U can't today |
| 8/24/2017 20:05 | 8/24/2017 20:05 U ever do it before to someone who never did it? |
| 8/24/2017 20:07 | 8/24/2017 20:07 I have done it with someone like you.  Once I was in,  he really liked the feel. |
| 8/24/2017 20:08 | 8/24/2017 20:08 Did it hurt? |
| 8/24/2017 20:08 | 8/24/2017 20:08 Was he same age or older tho |
| 8/24/2017 20:10 | 8/24/2017 20:10 Am I bugging u lol |
| 8/24/2017 20:10 | 8/24/2017 20:10 Sorry |
| 8/24/2017 20:11 | 8/24/2017 20:11 He was 16 |
| 8/24/2017 20:11 | 8/24/2017 20:11 Cool |
| 8/24/2017 20:12 | 8/24/2017 20:12 How old were you when you sucked your first?   How old was he? |
| 8/24/2017 20:12 | 8/24/2017 20:12 I can stay out later tonight cuz I gotta stay wit my uncle an he works at night. That why I asked if u culd tonight |
| 8/24/2017 20:13 | 8/24/2017 20:13 It was this year so I was 15 |
| 8/24/2017 20:13 | 8/24/2017 20:13 He was 14 |
| 8/24/2017 20:13 | 8/24/2017 20:13 How old was u? And how old was he? |
| 8/24/2017 20:13 | 8/24/2017 20:13 Did you suck each other ? |
| 8/24/2017 20:14 | 8/24/2017 20:14 Not at same time but yea |
| 8/24/2017 20:14 | 8/24/2017 20:14 I was 7,  my uncle was 30 something |
| 8/24/2017 20:15 | 8/24/2017 20:15 7 OMFG |
| 8/24/2017 20:15 | 8/24/2017 20:15 Culd u get a boner even |
| 8/24/2017 20:15 | 8/24/2017 20:15 I never swallowed tho yet haha |
| 8/24/2017 20:18 | 8/24/2017 20:18 I kno a kid who 12 that is super gay n always talkin bout sucking |
| 8/24/2017 20:24 | 8/24/2017 20:24 U ther |
| 8/24/2017 20:27 | 8/24/2017 20:27 Yes,  I did not an erect until 9,  but he liked to go to sleep with my penis in his mouth….i liked it from the very first.  It started with me sucking |
| 8/24/2017 20:27 | 8/24/2017 20:27 his huge cock. |
| 8/24/2017 20:27 | 8/24/2017 20:27 Oh |
| 8/24/2017 20:27 | 8/24/2017 20:27 Did u swallow his stuff |
| 8/24/2017 20:28 | 8/24/2017 20:28 Do you and  the 12 year old swap bjs? |
| 8/24/2017 20:28 | 8/24/2017 20:28 no but maybe |
| 8/24/2017 20:28 | 8/24/2017 20:28 I'm scared he will tell |
| 8/24/2017 20:28 | 8/24/2017 20:28 Yes I did and liked it too |
| 8/24/2017 20:29 | 8/24/2017 20:29 That is always a concern |
| 8/24/2017 20:29 | 8/24/2017 20:29 he lives close to my uncle tho so I see him lots |
| 8/24/2017 20:30 | 8/24/2017 20:30 Culd u come tonight |
| 8/24/2017 20:30 | 8/24/2017 20:30 For us both,   we have too much to loose to tell anyone. |
| 8/24/2017 20:31 | 8/24/2017 20:31 yea true |
| 8/24/2017 20:31 | 8/24/2017 20:31 Can't tonight but maybe Saturday |
| 8/24/2017 20:32 | 8/24/2017 20:32 Ok |
| 8/24/2017 20:32 | 8/24/2017 20:32 Can I have sex wit u |
| 8/24/2017 20:33 | 8/24/2017 20:33 Like all the way |
| 8/24/2017 20:33 | 8/24/2017 20:33 Yes,  you can  and hopefully very often too. |
| 8/24/2017 20:33 | 8/24/2017 20:33 Yes |
| 8/24/2017 20:33 | 8/24/2017 20:33 Kk |
| 8/24/2017 20:34 | 8/24/2017 20:34 I want to see your cock. |
| 8/24/2017 20:34 | 8/24/2017 20:34 About to get my sister then go home |
| 8/24/2017 20:34 | 8/24/2017 20:34 K,   talk later |
| 8/24/2017 20:34 | 8/24/2017 20:34 Ok |
| 8/24/2017 21:00 | 8/24/2017 21:00 Connor,  can you get free Sunday?  I get home tomorrow night. |
| 8/24/2017 21:01 | 8/24/2017 21:01 Yea after church I can |
| 8/24/2017 21:08 | 8/24/2017 21:08 Ok,  I will pick you up.   Where do we meet?  I will need good directions.  Send me an address. |
| 8/24/2017 21:09 | 8/24/2017 21:09 Ok I can pick me up at the high school football field. I gotta look up the address. |
| 8/24/2017 21:11 | 8/24/2017 21:11 K,   send me your cock pic tonight. |
| 8/24/2017 21:11 | 8/24/2017 21:11 Kk |
| 8/24/2017 21:12 | 8/24/2017 21:12 2300 prince street, Conway, ar |
| 8/24/2017 21:12 | 8/24/2017 21:12 The football field is like behind the school |
| 8/24/2017 21:12 | 8/24/2017 21:12 Pick me up there at 2 |
| 8/24/2017 21:13 | 8/24/2017 21:13 Ok |
| 8/24/2017 21:16 | 8/24/2017 21:16 Wher we gona go? |
| 8/25/2017 3:28 | 8/25/2017 0:03 Send me your nude. |
| 8/25/2017 3:29 | 8/25/2017 3:29 I sent it already. I'll send it again. |
| 8/25/2017 3:41 | 8/25/2017 3:41 https://api.textnow.me/media/?h=66b3a4c79803c3c8c3b973afb4470ee78db263ce96ddce4742e4b5af9194f236 |
| 8/25/2017 3:48 | 8/25/2017 3:48 Sorry I thought it sent earlier but I guess it didn't go thru |
| 8/25/2017 12:21 | 8/25/2017 12:15 Good morning, |
| 8/25/2017 12:21 | 8/25/2017 12:21 Morning |
| 8/25/2017 12:22 | 8/25/2017 12:22 I hate going to school in the mornings 😔 |
| 8/25/2017 12:24 | 8/25/2017 12:24 Wut u doin 2day? |



| | | |
|---|---|---|
| 8/25/2017 12:24 | 8/25/2017 12:24 | I would like a total nude of you. Are you thinking about our fun together. |
| 8/25/2017 12:25 | 8/25/2017 12:25 | I am going to work |
| 8/25/2017 12:27 | 8/25/2017 12:27 | I been thinking bout it like all the time. I dare u to come get me today! |
| 8/25/2017 12:29 | 8/25/2017 12:29 | I can about 7 PM |
| 8/25/2017 12:30 | 8/25/2017 12:30 | Maybe a little earlier |
| 8/25/2017 12:30 | 8/25/2017 12:30 | Can u come sooner am I can leave school |
| 8/25/2017 12:31 | 8/25/2017 12:31 | U culd skip work n I culd skip school 😊 |
| 8/25/2017 12:32 | 8/25/2017 12:32 | 6:30  is earliest |
| 8/25/2017 12:33 | 8/25/2017 12:33 | Kk. want me to see if mom will let me spend the night sumwhere then I culd stay out all nite |
| 8/25/2017 12:34 | 8/25/2017 12:34 | I just gotta be home 2moro morning |
| 8/25/2017 12:34 | 8/25/2017 12:34 | Or I culd stay out until probs 10 |
| 8/25/2017 12:37 | 8/25/2017 12:36 | Ok,  you work that out with your mom,   let me know.  I am going to work now.  I hope you can do it. |
| 8/25/2017 12:42 | 8/25/2017 12:42 | I'll text her an let u kno. If she lets me then maybe u can get a motel an we can stay ther so we not jus in ur car. That way we can do it all the way!!!!! |
| 8/25/2017 12:43 | 8/25/2017 12:43 | Ok |
| 8/25/2017 12:44 | 8/25/2017 12:44 | I can't wait to finally try it!!!!! 💋 |
| 8/25/2017 15:40 | 8/25/2017 15:40 | She said I culd stay at Landon's so I gonna get a room? |
| 8/25/2017 15:41 | 8/25/2017 15:41 | I mean u |
| 8/25/2017 15:41 | 8/25/2017 15:41 | 😊 |
| 8/25/2017 17:22 | 8/25/2017 17:22 | School sux |
| 8/25/2017 18:21 | 8/25/2017 18:21 | U ther? |
| 8/25/2017 18:25 | 8/25/2017 18:25 | Ok,  tell me where to pick you up. |
| 8/25/2017 18:33 | 8/25/2017 18:33 | Now? |
| 8/25/2017 18:33 | 8/25/2017 18:33 | Come to the school |
| 8/25/2017 18:34 | 8/25/2017 18:34 | Or u mean tonight lol |
| 8/25/2017 18:35 | 8/25/2017 18:35 | Connor, I can be there by 7 PM tonight. |
| 8/25/2017 18:35 | 8/25/2017 18:35 | Oh ok. Go to the football field. I can walk there an u can pick me up. R u gonna get a room? |
| 8/25/2017 18:38 | 8/25/2017 18:38 | I am in Little Rock.   I will call you when I am almost there.    Yes,  we can get a  room. |
| 8/25/2017 18:38 | 8/25/2017 18:38 | Ok I sent u the address earlyer |
| 8/25/2017 18:39 | 8/25/2017 18:39 | Send me  a face picture and whole body photo.  Yes, I have the address. |
| 8/25/2017 18:43 | 8/25/2017 18:43 | I'm in class |
| 8/25/2017 18:49 | 8/25/2017 18:46 | Ok,  when you get out take a selfie for me. |
| 8/25/2017 18:59 | 8/25/2017 18:59 | Do you have brothers and sisters?    Is it just you and your mom? |
| 8/25/2017 19:10 | 8/25/2017 19:10 | Do you like beer or wine? |
| 8/25/2017 19:19 | 8/25/2017 19:19 | I love beer!!!!!! |
| 8/25/2017 19:21 | 8/25/2017 19:21 | Ok, I'll have Coors |
| 8/25/2017 19:54 | 8/25/2017 19:54 | An I have a younger brother and sister |
| 8/25/2017 19:55 | 8/25/2017 19:55 | In class selfie for u |
| 8/25/2017 19:55 | 8/25/2017 19:55 | https://api.textnow.me/media/?h=9d707b37c1f6d705c6ba2562bb614212c820514e40eea8782fead5b66b11d87e |
| 8/25/2017 19:56 | 8/25/2017 19:56 | My sister is 9 and my kik bro is 5 |
| 8/25/2017 19:57 | 8/25/2017 19:57 | Thanks,   you look older..... How old are You?   What grade? |
| 8/25/2017 19:57 | 8/25/2017 19:57 | 15 |
| 8/25/2017 19:57 | 8/25/2017 19:57 | 9th grade |
| 8/25/2017 19:57 | 8/25/2017 19:57 | Is that ok? |
| 8/25/2017 19:58 | 8/25/2017 19:58 | Yes,   I like that.   A nice young cock. |
| 8/25/2017 19:58 | 8/25/2017 19:58 | 😊😊 |
| 8/25/2017 19:58 | 8/25/2017 19:58 | Want me to bring my lil bro then 😊😊😊😊😊😊 |
| 8/25/2017 19:59 | 8/25/2017 19:59 | Jk |
| 8/25/2017 20:00 | 8/25/2017 20:00 | Do you play with his penis?🔍 |
| 8/25/2017 20:02 | 8/25/2017 20:02 | No but I look at it lol |
| 8/25/2017 20:04 | 8/25/2017 20:04 | Never touched it |
| 8/25/2017 20:05 | 8/25/2017 20:05 | Does he see look at yours? |
| 8/25/2017 20:06 | 8/25/2017 20:06 | Yea |
| 8/25/2017 20:07 | 8/25/2017 20:07 | He will want to touch yours soon,  maybe even want to play with it too. |
| 8/25/2017 20:08 | 8/25/2017 20:08 | I'd let him |
| 8/25/2017 20:12 | 8/25/2017 20:12 | Would u suck him |
| 8/25/2017 20:14 | 8/25/2017 20:14 | No,  just too young.  Would you? |
| 8/25/2017 20:14 | 8/25/2017 20:14 | No cuz he wuld probz tell |
| 8/25/2017 20:17 | 8/25/2017 20:15 | Talk later.... ok? |
| 8/25/2017 20:18 | 8/25/2017 20:18 | Ok my moms picking me up to go get shoes and then eat. Text me when u in Conway an I'll walk to football field. |
| 8/25/2017 20:19 | 8/25/2017 20:19 | Do u got a truck if ride my bike? |
| 8/25/2017 20:20 | 8/25/2017 20:20 | Ok,  a car |
| 8/25/2017 20:20 | 8/25/2017 20:20 | Ok I'll walk |
| 8/25/2017 22:02 | 8/25/2017 22:02 | Did u say 6:30 or 7 |
| 8/25/2017 22:11 | 8/25/2017 22:11 | Just going to eat now |
| 8/25/2017 22:19 | 8/25/2017 22:19 | U ther |
| 8/25/2017 22:34 | 8/25/2017 22:34 | I'm sooooooo ready |
| 8/25/2017 22:40 | 8/25/2017 22:40 | Connor, I am working late....can I call you? |
| 8/25/2017 22:40 | 8/25/2017 22:40 | U not coming? |
| 8/25/2017 22:41 | 8/25/2017 22:41 | I'm with my mom right now |
| 8/25/2017 22:41 | 8/25/2017 22:41 | Call me when you can. |
| 8/25/2017 22:42 | 8/25/2017 22:42 | R u coming or not cuz I gotta call Landon if u not |
| 8/25/2017 22:43 | 8/25/2017 22:43 | Wtf |
| 8/25/2017 22:43 | 8/25/2017 22:43 | I can't but I want  to come get you Sunday |
| 8/25/2017 22:45 | 8/25/2017 22:45 | This gonna fuck up my hole night. U was never gonna come u jus wanted pics. |
| 8/25/2017 22:46 | 0 | |
| 8/25/2017 22:47 | 8/25/2017 22:47 | I'm eating wit my mom |
| 8/25/2017 22:47 | 8/25/2017 22:47 | Now wut am I sposed to do |
| 8/25/2017 22:47 | 8/25/2017 22:47 | http://s3.amazonaws.com/TN-Prod-Voicemail/3433dd88-89e7-11e7-bac0-67b71770c8bf_15014825048_%2B19519923500.wav |
| 8/25/2017 22:47 | 8/25/2017 22:47 | I told Landon I wasn't gonna be ther |
| 8/25/2017 22:49 | 8/25/2017 22:49 | Hello????? |
| 8/25/2017 22:51 | 8/25/2017 22:51 | I'm not sending u no more nothing |
| 8/25/2017 22:51 | 8/25/2017 22:51 | I am at work,  can we  make it sunday?  I will make it up to you  honest.  I will have more time too. |
| 8/25/2017 22:52 | 8/25/2017 22:52 | Wut am I sposed to do all night now tho |
| 8/25/2017 22:59 | 8/25/2017 22:59 | I am really sorry.  If you  are willing,  I have Sunday free. |
| 8/25/2017 23:01 | 8/25/2017 23:01 | How I kno u gona show up Sunday |
| 8/25/2017 23:04 | 8/25/2017 23:04 | Helllllllloooooooooo? |
| 8/25/2017 23:07 | 8/25/2017 23:07 | You have to trust me...i want your young cock. |
| 8/25/2017 23:08 | 8/25/2017 23:08 | When then on Sunday n this is bullshit I think ur not really even gona show up |
| 8/25/2017 23:11 | 8/25/2017 23:11 | I am free all day Sunday. |
| 8/25/2017 23:11 | 8/25/2017 23:11 | I gotta go to church wit my mom so like at 2 |
| 8/25/2017 23:15 | 8/25/2017 23:15 | I'm pissed off tho this is bs u shoulda not blew me off |

| Timestamp | Message |
|---|---|
| 8/25/2017 23:16 | 8/25/2017 23:16 I will be there at 2 PM..... promise. I will bring beer and will make it to you....OK? |
| 8/25/2017 23:18 | 8/25/2017 23:18 Wutever I guess we gona see. Text me when ur there n I'll walk to the football field. Later |
| 8/25/2017 23:19 | 8/25/2017 23:19 Can you call me when I get home tonight about 10 PM? |
| 8/25/2017 23:20 | 8/25/2017 23:20 I will call u Sunday when u text me |
| 8/25/2017 23:22 | 8/25/2017 23:22 K |
| 8/25/2017 23:23 | 8/25/2017 23:23 If u show up for real |
| 8/25/2017 23:24 | 8/25/2017 23:24 Why u work so late |
| 8/25/2017 23:25 | 8/25/2017 23:25 An if u work until 10 why u say u was gona come at 7? 😂 |
| 8/25/2017 23:32 | 8/25/2017 23:32 Well? |
| 8/25/2017 23:37 | 8/25/2017 23:35 I normally leave the office between 5:30 and 6. Have had a very busy day. |
| 8/25/2017 23:37 | 8/25/2017 23:37 Wut u do |
| 8/25/2017 23:41 | 8/25/2017 23:41 I manage a distribution center. |
| 8/25/2017 23:41 | 8/25/2017 23:41 goin to the movies wit mom. Text me Sunday when u get there n I will call u when I'm walking to u |
| 8/25/2017 23:46 | 8/25/2017 23:46 K |
| 8/25/2017 23:47 | 8/25/2017 23:47 K |
| 8/25/2017 23:51 | 8/25/2017 23:51 Better make it up to me |
| 8/25/2017 23:52 | 8/25/2017 23:52 I gotta be home at 9 on Sunday so |
| 8/26/2017 0:00 | 8/25/2017 23:57 K |
| 8/26/2017 0:02 | 8/26/2017 0:02 See u then bye |
| 8/26/2017 0:03 | 8/26/2017 0:03 Ok |
| 8/27/2017 14:39 | 8/27/2017 14:39 R u gona bring beer? |
| 8/27/2017 14:41 | 8/27/2017 14:41 Yes |
| 8/27/2017 14:43 | 8/27/2017 14:43 Cool we jus gonna ride around or wut? I gotta be home at 9. |
| 8/27/2017 14:45 | 8/27/2017 14:45 We can decide when I get there. Can you next be your nude body now. |
| 8/27/2017 14:47 | 8/27/2017 14:47 No but if u really come u can take pics of me. I'll call u when u ther so jus text me when u at the football field. Ok? |
| 8/27/2017 14:47 | 8/27/2017 14:47 Ok |
| 8/27/2017 14:48 | 8/27/2017 14:48 R u really gonna come? |
| 8/27/2017 14:49 | 8/27/2017 14:49 Yes, I am |
| 8/27/2017 14:49 | 8/27/2017 14:49 Cool |
| 8/27/2017 14:51 | 8/27/2017 14:51 See you there, bye for now |
| 8/27/2017 14:56 | 8/27/2017 14:56 Ok |
| 8/27/2017 18:03 | 8/27/2017 17:54 On my way |
| 8/27/2017 18:17 | 8/27/2017 18:17 Kk |
| 8/27/2017 19:19 | 8/27/2017 19:19 Test |