Fri 08/25   8:00 AM          $ 630.56
            5:10 PM

Sun 09/10   6:50 AM
            11:40 AM

Sat 08/26   6:45 AM          $ 630.56
Sun 09/10   11:45 AM

Sun ⟩ Connor ⟩ 501-482-5048
2 PM    (15)      (Conway)

Exit  West Oak / 2300 Prence Street
      Conway    Football field

Mon ⟩ Justin ⟩ 501-448-6399
      (18)     (Wye Mountain)

Sat ⟩ Josh ⟩ 501-918-0422
      (15)    (LR)

(501-951-3119)
(40+) (NLR)

Exhibit 1